77,243-01

3/9/15

Court of Criminal Appeals
Abel Acosta - clerk of court
P.O. Box 12308
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk

RE: Copy of Relevant information published in
the Appellate Advocate in February 2005.

Dear Mr. Acosta:

I'm writing this letter to request a copy of
the Key information identified for appellate attorneys
and Pro se litigants to practice effective before
the court. It is noted in the Internal Operating
Procedure, under the Court of Criminal Appeals Misc-
ellaneous Rules and Procedures in the Thomson Reuters
Westlaw - Texas Rules of Court - 2014 Volume I - STATE
book. Please, send any other pertinent info that pertains
to the court and any info on the article 11.07 of the
Code of Criminal Procedure. Post Conviction Habeas
Corpus. I, may be reached at:

Kelvin L. Gassaway
#1461005
Allred unit
2101 FM 369N
Iowa Park, TX 76367

Thanks for your attention.

Sincerely,
Kelvin Gassaway